# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID HUGHES

                                                                                                                    **PLAINTIFF**

VS.                     CASE NO. 4:07CV00040 BD

MICHAEL J. ASTRUE,
**Commissioner,**
**Social Security Administration**[1]                                        **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff David Hughes.

DATED this 3rd day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007.  He is therefore substituted as the defendant pursuant to Fed.R.Civ.P. 25(d)(1).